United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Hassante Denise East
Debtor

Case No. 26-13749-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2

Date Rcvd: Sep 09, 2026 | Form ID: 309A | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hassante Denise East, 107 Wyndham Ln, Colmar, PA 18915-3102 |
| 15183601 | | Children's Hospital of Philadelphia, Attn: Bankruptcy, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 15183609 | | Garvan F. McDaniel, 1311 Delaware Ave, Wilmington, DE 19806-4717 |
| 15183611 | | IBX Health Insurance, 1919 Market St 2nd Floor, Philadelphia, PA 19103-1491 |
| 15183614 | | Lankenau Medical Center, c.o Main Line Health, 240 N Radnor Chester Rd, Wayne, PA 19087-5170 |
| 15183615 | | Lincoln Main Law Health, 150 N Radnor Chester Rd, Saint Davids, PA 19087-5252 |
| 15183618 | + | NY EZ Pass, PO Box 15187, Albany, NY 12212-5187 |
| 15183619 | + | PA EZ Pass, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15183625 | | Wilmington Savings Fund Society, ATTN: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Sep 10 2026 02:29:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: QRHHOLBER.COM | Sep 10 2026 06:26:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 10 2026 02:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 10 2026 06:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 10 2026 02:29:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15183599 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:30:29 | American Express, Attn: Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15183603 | | Email/Text: megan.harper@phila.gov | Sep 10 2026 02:29:00 | City of Philadelphia, Law Tax and Revenue Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102 |
| 15183623 | | Email/Text: megan.harper@phila.gov | Sep 10 2026 02:29:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15183600 | | EDI: JPMORGANCHASE | Sep 10 2026 06:26:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15183602 | + | EDI: CITICORP | Sep 10 2026 06:26:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15183604 | + | EDI: COMCASTCBLCENT | Sep 10 2026 06:26:00 | Comcast, Attn: Bankruptcy, 1701 John F Kennedy |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd, Philadelphia, PA 19103-2899 |
| 15183605 | | Email/Text: bankruptcy@dedicatedgbc.com | Sep 10 2026 02:29:00 | Dedicated Financial GBC, Attn: Bankruptcy, 4000 Lexington Ave N Suite 125, Shoreview, MN 55126-3153 |
| 15183606 | + | EDI: DISCOVER | Sep 10 2026 06:26:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15183608 | | Email/Text: mmasters@ecg.com | Sep 10 2026 02:29:00 | Expansion Capital, Attn: Bankruptcy, 5801 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15183607 | + | EDI: USBANKARS.COM | Sep 10 2026 06:26:00 | Elan Fin Svcs/Ent Cu, Attn: Bnakruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15183610 | | Email/Text: bankruptcy@ondeck.com | Sep 10 2026 02:29:00 | Headway Capital, LLC, 4700 W Daybreak Pkwy Ste 200, South Jordan, UT 84009-5133 |
| 15183612 | | EDI: IRS.COM | Sep 10 2026 06:26:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15183613 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 10 2026 02:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 15183617 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 10 2026 02:29:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 15183616 | + | EDI: NFCU.COM | Sep 10 2026 06:26:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 15183620 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 10 2026 02:29:00 | PECO Energy Company, Attn: Bankruptcy, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15183621 | | EDI: PENNDEPTREV | Sep 10 2026 06:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15183622 | | EDI: TDBANKNORTH.COM | Sep 10 2026 06:26:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 15183624 | + | EDI: WFHOME | Sep 10 2026 06:26:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Hassante Denise East<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–0775<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 7 | 9/8/26 |
| Case number: | 26–13749–amc | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

****Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.****

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Hassante Denise East | |
| 2. | **All other names used in the last 8 years** | aka Hassante East | |
| 3. | **Address** | 107 Wyndham Ln<br>Colmar, PA 18915–3102 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br><br>Email: trustee@holber.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 9/9/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 14, 2026 at 10:50 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/14/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |