**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Katyana Elaine Conley,<br><br>Debtor. | Case No. 26-11561-PMM<br>Chapter 7 |

**Certificate of Service**

I, Michael A. Cibik, certify that on May 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ ECF system:

- Notice of Chapter 7 Bankruptcy

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: May 20, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail:**

**Pacific Reproductive Center**
3720 Lomita Blvd STE 200
Torrance, CA 90505