IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HASSANTE DENISE EAST<br>*AKA* HASSANTE EAST<br>Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>Movant,<br><br>v.<br><br>HASSANTE DENISE EAST, and<br>ROBERT H. HOLBER, Trustee,<br>Respondents. | Bankruptcy No. 26-13749-amc<br><br>Chapter 7 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, and files this *Motion for Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1. Respondent, Hassante Denise East ("Debtor"), is an adult individual with a place of residence located at 107 Wyndham Ln, Colmar, PA 18915-3102.

2. Robert H. Holber is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3. This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4. On or about September 8, 2026, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

5. On or about October 28, 2025, the Debtor leased a 2026 Acura MDX, VIN: 5J8YE1H99TL010690 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Lease requires monthly payments of $1,363.12, which amounts are due on or before the 1st of each month.

8. The Debtor has failed to make their monthly payments from May 1, 2026, to date. The total arrears are $7,618.20.

9. The total balance due on the Contract as of October 5, 2026, was $82,157.89.

10. The J.D. Power value of the Vehicle is $54,500.00. J.D. Power report attached hereto as **Exhibit C**.

11. Movant is entitled to relief from the automatic stay for cause, due to the lack of adequate protection, the Debtor's failure to make contractual payments to Movant as outlined in the Lease. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, American Honda Finance Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2026 Acura MDX, VIN: 5J8YE1H99TL010690.

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST
O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for American Honda Finance Corporation*

Dated: October 21, 2026