# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

[redacted]

FUEL: GAS

[redacted]

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| 5J8YE1H99TL010690 | 2026 | ACURA | 89222246501 HO |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| SW | 0 | | | 10/30/25 | 000039 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 10/30/25 | 10/30/25 | | | | |

LESSEE HASSANTE DENISE EAST

**ODOMETER STATUS**
- 0 = ACTUAL MILEAGE
- 1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
- 2 = NOT THE ACTUAL MILEAGE
- 3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
- 4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
- A = ANTIQUE VEHICLE
- C = CLASSIC VEHICLE
- D = COLLECTIBLE VEHICLE
- F = OUT OF COUNTRY
- G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
- H = AGRICULTURAL VEHICLE
- L = LOGGING VEHICLE
- P = IS/WAS A POLICE VEHICLE
- R = RECONSTRUCTED
- S = STREET ROD
- T = RECOVERED THEFT VEHICLE
- V = VEHICLE CONTAINS REISSUED VIN
- W = FLOOD VEHICLE
- X = IS/WAS A TAXI

REGISTERED OWNER(S)

HONDA LEASE TRUST
11675 GREAT OAKS WAY
SUITE 200
ALPHARETTA GA 30022

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ______________________ DATE

BY ______________________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ______________________ DATE

BY ______________________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

HONDA LEASE TRUST
11675 GREAT OAKS WAY
SUITE 200
ALPHARETTA GA 30022

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

MICHAEL B. CARROLL
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME: MO ____ DAY ____ YEAR ____

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

[redacted]

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** - FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## A. ASSIGNMENT OF TITLE -

Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

I/We certify, to the best of my/our knowledge that the odometer reading is ___ ___ ___, ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST FIRST MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE

SIGNATURE OF SELLER

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST *HANDPRINT* NAME HERE

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

**If purchaser listed in Block A is NOT a registered dealer Section D on the front of this form must be completed.**

I/We certify, to the best of my/our knowledge that the odometer reading is ___ ___ ___, ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST FIRST MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE

SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

**If purchaser is NOT a registered dealer Section D on the front of this form must be completed.**

I/We certify, to the best of my/our knowledge that the odometer reading is ___ ___ ___, ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST FIRST MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE

SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

**If purchaser is NOT a registered dealer Section D on the front of this form must be completed.**

I/We certify, to the best of my/our knowledge that the odometer reading is ___ ___ ___, ___ ___ ___ TENTHS ✕ miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits

☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

SUBSCRIBED AND SWORN TO BEFORE ME: MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

LAST FIRST MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

STREET ADDRESS

CITY

STATE ZIP PURCHASE PRICE OR DIN

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST *HANDPRINT* NAME HERE

SIGNATURE OF SELLER

SELLER MUST *HANDPRINT* NAME HERE

## C. ☐ CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ ______ . ______

MV-4 (12-2015)

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.