JD Power Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2026 Acura MDX Utility 4D A-Spec Advance AWD 3.5L V6 |
| Region: | Eastern |
| Period: | October 5, 2026 |
| VIN: | 5J8YE1H99TL010690 |
| Mileage: | 17,500 |
| Base MSRP: | $68,900 |
| Typically Equipped MSRP: | $70,450 |
| Weight: | 4,544 |



## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $51,875 | N/A | N/A | **$51,875** |
| Average Trade-In | $54,500 | N/A | N/A | **$54,500** |
| Clean Trade-In | $56,675 | N/A | N/A | **$56,675** |
| Clean Loan | $51,025 | N/A | N/A | **$51,025** |
| Clean Retail | $60,150 | N/A | N/A | **$60,150** |
| **Weekly Auction** | | | | |
| Low | N/A | N/A | N/A | **N/A** |
| Average | N/A | N/A | N/A | **N/A** |
| High | N/A | N/A | N/A | **N/A** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.