IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HASSANTE DENISE EAST<br>*AKA* HASSANTE EAST<br>Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>Movant,<br><br>v.<br><br>HASSANTE DENISE EAST, and<br>ROBERT H. HOLBER, Trustee,<br>Respondents. | Bankruptcy No. 26-13749-amc<br><br><br>Chapter 7 |

ORDER OF COURT

AND NOW, this ___ day of _______________, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of American Honda Finance Corporation in the 2026 Acura MDX, VIN: 5J8YE1H99TL010690.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

_____________________________
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge