IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HASSANTE DENISE EAST<br>*AKA* HASSANTE EAST<br>Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>Movant,<br><br>v.<br><br>HASSANTE DENISE EAST, and<br>ROBERT H. HOLBER, Trustee,<br>Respondents. | Bankruptcy No. 26-13749-amc<br><br><br>Chapter 7 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 21, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Hassante Denise East**<br>107 Wyndham Ln<br>Colmar, PA 18915-3102 | **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |

Service via electronic communication:

| | |
|---|---|
| **ROBERT H. HOLBER**<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112