IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>HASSANTE DENISE EAST<br>*AKA* HASSANTE EAST<br>Debtor,<br><br>AMERICAN HONDA FINANCE CORPORATION<br>Movant,<br><br>v.<br><br>HASSANTE DENISE EAST, and<br>ROBERT H. HOLBER, Trustee,<br>Respondents. | Bankruptcy No. 26-13749-amc<br><br>Chapter 7 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 15)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 15 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than November 4, 2026.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

By: /s/*Keri P. Ebeck*

Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for American Honda Finance Corporation*

Dated: November 12, 2026